No. 74-5525.   GAITO v. MATSON.   Super. Ct. Pa.   Cer-
Certiorari denied.

No. 74-5540.   BUSH v. CRAIG ET AL.   Sup. Ct. Ga.
Certiorari denied.

No. 74-5549.   HAWKINS v. LAVALLEE, CORRECTIONAL
SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 73-1702.   LOWDER v. UNITED STATES.   C. A. 4th
Cir.   Certiorari denied.   MR. JUSTICE STEWART would
grant certiorari.

No. 73-2058.   PENNSYLVANIA v. O'SHEA.   Sup. Ct.
Pa.   Motion of respondent for leave to proceed *in forma
pauperis* granted.   Certiorari denied.

No. 74-241.   HENNIGAN ET UX. v. PLACID OIL CO.
ET AL.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE
DOUGLAS would grant certiorari.

No. 74-370.   GOODRICH v. SOUTH DAKOTA.   Sup. Ct.
S. D.   Certiorari denied.   MR. JUSTICE DOUGLAS would
grant certiorari.

No. 74-523.   FRASIER v. INDIANA.   Sup. Ct. Ind.   Cer-
tiorari denied.   MR. JUSTICE DOUGLAS would grant certi-
orari.

No. 74-5017.   SEDILLO v. NEW MEXICO.   Sup. Ct.
N. M.   Certiorari denied.   MR. JUSTICE DOUGLAS would
grant certiorari.